FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY
Ray

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 5:25-MJ-479
)
    Plaintiff, ) ORDER OF DETENTION AFTER
) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
    v. ) Allegations of Violations of Probation
) Supervised Release)
JUAN ANTONIO PLACENCIA ) Conditions of Release)
)
    Defendant. )

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- COMMISSION OF NEW OFFENSE WHILE ON SUPERVISED RELEASE (FELONY EVADING).

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: 7/11/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE